IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisa D. Von Delden, | ) | No. CV09-1615-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| EMC Mortgage Corporation, et al., | ) | |
| Defendants. | ) | |

On March 17, 2010, this Court entered an order directing Plaintiff to file an Amended Complaint within 14 days of the date of the order or a judgment of dismissal would be entered. As of the date of this order no Amended Complaint has been filed. The Court also issued an order directing Plaintiff to file a status report as to Defendant Artisan Mortgage, LLC within 10 days of the date of the order. Plaintiff was warned that failure to file a status report would result in the dismissal of Defendant Artisan Mortgage, LLC. Plaintiff has not filed a status report.

IT IS ORDERED dismissing Defendant Artisan Mortgage, LLC.

IT IS FURTHER ORDERED dismissing this case.

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly.

DATED this 2nd day of April, 2010.

_____
Susan R. Bolton
United States District Judge